JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-01369-VAP-ASx | Date | June 30, 2021 |

| | |
|---|---|
| Title | *Orlando Garcia v. Sidewalk Grill Inc* |

| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE |
|---|---|

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **MINUTE ORDER DISMISSING CASE (IN CHAMBERS)**

On March 12, 2021, after receiving Plaintiff's response to the Court's OSC re supplemental jurisdiction, the Court entered its order declining to exercise supplemental jurisdiction over the second claim in the complaint alleged under state law. On June 24, 2021, Plaintiff filed a "Notice of Indication of Mootness" as to the only remaining federal claim, brought under the Americans with Disabilities Act. Accordingly, the action is dismissed without prejudice as to Claim Two, and with prejudice as to Claim One.

**IT IS SO ORDERED.**